UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61553-GAYLES

**ABS-CBN CORPORATION,** *et al.*,

    **Plaintiffs,**

        v.

**ACESHOWBIZ.ME,** *et al.*,

    **Defendants.**
_____/

## FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** comes before the Court on Plaintiffs' Motion for Entry of Final Default Judgment against Defendants [ECF No. 33]. The Court granted the Motion in a separate Order [ECF No. 34]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final default judgment. Accordingly, it is

**ORDERED AND ADJUDGED** that a Final Default Judgment is hereby entered **IN FAVOR OF** Plaintiffs ABS-CBN Corporation, ABS-CBN Film Productions, Inc. d/b/a Star Cinema, and ABS-CBN International, and **AGAINST** the Defendants identified on Schedule "A" hereto (collectively "Defendants") as follows:

1. Permanent Injunctive Relief:

The Defendants and their officers, agents, representatives, servants, employees, and attorneys, and all persons acting in concert and participation with the Defendants are hereby permanently restrained and enjoined from:

    a. advertising, promoting, performing, copying, broadcasting, and/or distributing any of Plaintiffs' content or copyrighted works, including but not limited to those works identified in Paragraph 26 of the Complaint, Schedule D thereto [ECF No. 1], and in Exhibit 3 thereto [ECF No. 1-4];

b.  advertising, promoting, offering, using, or causing to be advertised, promoted, or offered, services using Plaintiffs' registered or common law trademarks identified in Paragraphs 14 and 18 of the Complaint and in Schedules "B" and "C" attached thereto (the "ABS-CBN Marks");

c.  using the ABS-CBN Marks in connection with any unauthorized services or performances of Plaintiffs' copyrighted works;

d.  using any logo and/or layout which may be calculated to falsely advertise the services or products of the Defendants offered or promoted via the Internet websites and supporting domain names operating under their individual, partnership, and/or business association names identified on Schedule "A" hereto (collectively the "Subject Domain Names") and/or any other Internet websites, domain names, corresponding website URLs or businesses, as being sponsored by, authorized by, endorsed by, or in any way associated with the Plaintiffs;

e.  falsely representing themselves as being connected with the Plaintiffs, through sponsorship or association;

f.  engaging in any act which is likely to falsely cause members of the trade and/or of the public to believe any content or services of Defendants offered or promoted via the Subject Domain Names and/or any other Internet websites, domain names, corresponding website URLs, or businesses, are in any way endorsed by, approved by, and/or associated with the Plaintiffs;

g.  using any reproduction, counterfeit, copy, or colorable imitation of the ABS-CBN Marks in connection with the publicity, promotion, distribution, or advertising of any content or services by Defendants via the Subject Domain Names and/or any other Internet websites, domain names, corresponding website URLs, or businesses;

h.  affixing, applying, annexing or using in connection with the promotion, distribution, or advertisement of any content or services, a false description or representation, including words or other symbols tending to falsely describe or represent Defendants' content or services offered by the Defendants via the Subject Domain Names and/or any other Internet websites, domain names, corresponding website URLs, or businesses, as being those of the Plaintiffs or in any way endorsed by the Plaintiffs;

i.  otherwise unfairly competing with the Plaintiffs;

j.  using the ABS-CBN Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms

        which are visible to a computer user or serves to direct computer searches to websites registered, owned, or operated by the Defendants, including the Internet websites operating under all of the Subject Domain Names; and

    k.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

2. Additional Equitable Relief:

    a.    In order to give practical effect to the Permanent Injunction, the Subject Domain Names are hereby ordered to be immediately transferred by Defendants, their assignees and/or successors in interest or title, and the Registrars to Plaintiffs' control. To the extent the current Registrars do not facilitate the transfer of the Subject Domain Names to Plaintiffs' control within five (5) days of receipt of this Judgment, the Registries shall, within thirty (30) days, change the Registrar of Record for the Subject Domain Names to a Registrar of Plaintiffs' choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiffs;

    b.    Upon Plaintiffs' request, the top level domain (TLD) Registry for each of the Subject Domain Names, or their administrators, including backend registry operators or administrators, within thirty (30) days of receipt of this Order, shall place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registries which link the Subject Domain Names to the IP addresses where the associated websites are hosted;

3. Statutory damages pursuant to 15 U.S.C. § 1117(c):

    a.    Award the Plaintiffs damages of $1,000,000.00 against each Defendant, pursuant to 15 U.S.C. § 1117(c), for which let execution issue.

4. Statutory damages pursuant to 17 U.S.C. § 504(c):

    a.    $30,000.00 against Defendant fulltagalogmovies.com (Defendant Number 10) pursuant to 17 U.S.C. § 504(c), for which let execution issue;

5. All funds currently restrained by the advertising services, networks, and/or platforms identified in Schedule "B" hereto (the "Advertising Services"), and their related companies and affiliates, pursuant to the temporary restraining order and the preliminary injunction in this action are to be immediately (within 5

business days) transferred to Plaintiffs in partial satisfaction of the monetary judgment entered herein against each Defendant. The Advertising Services shall provide to Plaintiffs at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) the total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) total funds released per Defendant to the Plaintiffs.

6. Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

7. The bond posted by the Plaintiffs in the amount of $10,000.00 [ECF No. 9] is hereby ordered released by the Clerk.

8. The Court retains jurisdiction to enforce this Judgment and Permanent Injunction.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of October, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

## SCHEDULE "A"
## DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAME

| Def. No. | Domain List |
|---|---|
| 1 | aceshowbiz.me |
| 2 | asontado.net |
| 3 | bagani.club |
| 4 | cinenatin.com |
| 4 | lumangdrama.com |
| 5 | cinesilip.ph |
| 6 | filikulamo.to |
| 7 | filipinoshow.com |
| 8 | filipinoshows.com |
| 9 | fullepisodepinoy.com |
| 10 | fulltagalogmovies.com |
| 11 | globalpinoychannel.net |
| 12 | govideos.me |
| 13 | ipinoyako.com |
| 14 | kkvideos.net |
| 15 | kshowshd.com |
| 16 | lambingan.net |
| 17 | mediatro.net |
| 18 | minihealthcare.com |
| 19 | newasiantv.co |
| 20 | ondramanice.io |
| 21 | pariwiki.ph |
| 22 | pinoyakohd.com |
| 23 | pinoybays.net |
| 24 | pinoychannelako.com |
| 25 | pinoychannelshd.com |
| 26 | pinoycinema.net |
| 27 | pinoyhub.net |
| 28 | pinoymovieshub.com |
| 29 | pinoyseryetv.net |
| 30 | pinoytime.com |
| 31 | pinoytvlovers.net |
| 32 | *DISMISSED* |
| 33 | pinoytvshows.site |
| 34 | pinoytvshowstambayan.com |
| 35 | putlocker5movies.com |
| 36 | tagalogshows.net |
| 37 | teleseryereplay.org |

| Def. No. | Domain List |
|---:|---|
| 38 | vidph.com |
| 39 | watchonlinepinoy.com |
| 40 | wowowin.org |

## SCHEDULE "B"
## DEFENDANTS BY NUMBER, SUBJECT DOMAIN NAME, ADVERTISING ACCOUNT INFORMATION, AND ASSOCIATED E-MAIL ADDRESSES

| Def. No. | Subject Domain Name | Advertising Service/ Platform | Account Identifier | Associated E-mail Address |
|---|---|---|---|---|
| 1 | aceshowbiz.me | Google AdSense, Google LLC | ca-pub-8135574694778908 | N/A |
| 2 | asontado.net (framing merani.club) | Google DoubleClick Google LLC | div-gpt-ad-1528659745441-0 | N/A |
| 3 | bagani.club | N/A | N/A | N/A |
| 4 | cinenatin.com | N/A, redirects to lumangdrama.com | N/A | N/A |
| 4 | lumangdrama.com | Google AdSense, Google LLC | ca-pub-8516791451477759 | N/A |
| 5 | cinesilip.ph (hosted on healthcarestructered.com) | Google DoubleClick Google LLC | 175505488 healthcarestructered.com | N/A |
| 6 | filikulamo.to | RevenueHits, Intango Ltd. | tid=10127_440770 | pekuxikappa-5952@yopmail.com |
| 7 | filipinoshow.com | Google AdSense, Google LLC | ca-pub-6207841317776045 | filipinoshow.com@domainsbyproxy.com |
| 8 | filipinoshows.com | Google AdSense, Google LLC | ca-pub-4114366130058641 | N/A |
| 9 | fullepisodepinoy.com | mgid.com, MGID Inc. MGID UA | fullepisodepinoy.com | balochcompany22@gmail.com |
| 10 | fulltagalogmovies.com | popads.net, Tomksoft S.A. | 1948282 | 4242029@whoisprotection.biz |
| 11 | globalpinoychannel.net | N/A | N/A | 798a118765b74e33ac4398ca44f1a98c.protect@whoisguard.com |
| 12 | govideos.me | N/A | N/A | N/A |

7

| Def. No. | Subject Domain Name | Advertising Service/ Platform | Account Identifier | Associated E-mail Address |
|---|---|---|---|---|
| 13 | ipinoyako.com | mgid.com, MGID Inc. MGID UA | ipinoyako.com | N/A |
| 14 | kkvideos.net | N/A | N/A | N/A |
| 15 | kshowshd.com (framing imranhameed.cf) | Google DoubleClick Google LLC | div-gpt-ad-1527783178988-0 | N/A |
| 16 | lambingan.net | N/A | N/A | N/A |
| 17 | mediatro.net (framing irfansb2.ga) | Google DoubleClick Google LLC | div-gpt-ad-1528659745441-0 | N/A |
| 18 | minihealthcare.com (framing usatadterikhairnahi.tk) | Google AdSense, Google LLC | ca-pub-4496966943567812 | N/A |
| 19 | newasiantv.co | mgid.com, MGID Inc. MGID UA | newasiantv.co | newasiantv.com@gmail.com |
| 20 | ondramanice.io | Revcontent Revcontent, LLC | rcjsload_a7e9cc | pinoytvpedia@gmail.com |
| 21 | pariwiki.ph | Revcontent Revcontent, LLC | rcjsload_73fa87 | N/A |
| 22 | pinoyakohd.com | N/A | N/A | N/A |
| 23 | pinoybays.net | N/A | N/A | N/A |
| 24 | pinoychannelako.com | Google AdSense, Google LLC | ca-pub-1701422038289164 | kathleengil224@gmail.com |
| 25 | pinoychannelshd.com | Google AdSense, Google LLC | ca-pub-9830472593241131 | |
| 26 | pinoycinema.net | mgid.com, MGID Inc. MGID UA | pinoycinema.net | waq88as@gmail.com |
| 27 | pinoyhub.net | N/A | N/A | qaisrani001@gmail.com |
| 28 | pinoymovieshub.com | N/A | N/A | N/A |
| 29 | pinoyseryetv.net (framing ntspreparation.com) | | 175505488 ntspreparation.com | N/A |

8

| Def. No. | Subject Domain Name | Advertising Service/ Platform | Account Identifier | Associated E-mail Address |
|---|---|---|---|---|
| 30 | pinoytime.com (frames pinoyhome1.ml) | Google DoubleClick Google LLC | div-gpt-ad-1528013012400-0 | N/A |
| 31 | pinoytvlovers.net | mgid.com, MGID Inc. MGID UA | pinoytvlovers.net | qaisrani001@gmail.com |
| 33 | pinoytvshows.site | N/A | N/A | N/A |
| 34 | pinoytvshowstambayan.com | liveadexchanger.com | r=1846627 | 55de4e05021242388c8a9e617caaa392.protect@whoisguard.com |
| 35 | putlocker5movies.com | N/A | N/A | N/A |
| 36 | tagalogshows.net | N/A | N/A | N/A |
| 37 | teleseryereplay.org | AdsKeeper Hardware Solution Limited | teleseryereplay.org | pinoytvpedia@gmail.com |
| 38 | vidph.com | mgid.com, MGID Inc. MGID UA | vidph.com | N/A |
| 39 | watchonlinepinoy.com | mgid.com, MGID Inc. MGID UA | watchonlinepinoy.com | 2cd66ab5897a415ab7e1abb046a75ee6.protect@whoisguard.com |
| 40 | wowowin.org | Google AdSense, Google LLC | ca-pub-6079545675037756 | N/A |